⚐AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

United States of America

V.

Hal W. Brown, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-cv-14310

| PRESIDING JUDGE<br>Martinez | | PLAINTIFF'S ATTORNEY<br>Erin Meehan Richmond | | DEFENDANT'S ATTORNEY<br>Geoffrey Ringer | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>8/25/2014 - 9/5/2014 | | COURT REPORTER<br>Dawn Whitemarsh | | COURTROOM DEPUTY | |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | May 8, 2009 letter from M. Dietz to S. Eisenberg (US000001-4) |
| 2 | | 26 Aug | ✓ | ✓ | May 20, 2009 letter from M. Dietz to Dr. Hal Brown, PCTC (US000006-7) |
| 3 | | | | | Invoice for Susan Liese's medical records from Primary Care of the Treasure Coast (US000011) |
| 4 | | 27 Aug | ✓ | ✓ | May 28, 2009 termination letter from Dr. Hal Brown and PCTC to Susan Liese (US000012-13) |
| 5 | | 26 | ✓ | ✓ | May 28, 2009 termination letter from Dr. Hal Brown and PCTC to James Liese (US000014-15) |
| 6 | | 27 | ✓ | ✓ | Printout of June 9, 2009 TTY-Relay Call from Susan Liese to PCTC (US000016) |
| 7 | | 27 Aug | ✓ | ✓ | Appointment Cards for S. Liese's 7/21/2009 and 7/28/2009 appointments with PCTC (US000042) |
| 8 | | | | | April 14, 2005 Progress Note for Susan Liese (DEFS001172 and DEFS001174) |
| 9 | | | | | April 7, 2009 Progress Note for Susan Liese (US000043-45) |
| 10 | | | | | April 29, 2009 Progress Note for Susan Liese (US000046-48) |
| 11 | | 27 Aug | ✓ | ✓ | Telephone Test Report of Kathryn Roberts, Fair Housing Continuum Inc. (US000050-51) |
| 12 | | | | | Narrative Report of Kathryn Roberts, Fair Housing Continuum Inc. (US000052-53) |
| 13 | | | | | PCTC computer entry for new patient, Roberta Clinksky created on July 8, 2009 (DEFS001458) |
| 14 | | | | | Transcript of Dr. Hal Brown's 8/2/2010 depo testimony Case No. 08-cv-14388 (US000054-167) |
| 15 | | | | | Transcript of Dr. Hal Brown's 1/31/2013 trial testimony Case No. 08-cv-14388 (US000168-202) |
| 16 | | | | | Nancy Paulsen's November 2007 T-Mobile statement (US000203-214) |
| 17 | | | | | Hugh Curran's 2007 telephone records (US000229-260) |
| 18 | | | | | United States Subpoena Duces Tecum to Indian River Medical Center |
| 19 | | | | | Indian River Medical Center's Hospital Chart for Susan Liese (IRMC000001-101) |
| 20 | | | | | December 14, 2007 letter from Richard Kottler to Indian River Medical Center (IRMC000102-103) |
| 21 | | | | | January 14, 2007 letter from Indian River Medical Center to Richard Kottler (US000221) |
| 22 | | | | | April 4, 2010 invoice from Primary Care of the Treasure Coast to James Liese (US000222-223) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Hal W. Brown, et al. | CASE NO. 2:13-cv-14310 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | PCTC's Policy on Termination of Provider-Patient Relationship (DEFS001077) |
| 24 | | | | | Document reflecting hospital privileges IRMC granted to PCTC doctors (DEFS00991-1016) |
| 25 | | | | | Document reflecting positions PCTC doctors have held at IRMC (DEFS001017-1018) |
| 26 | | | | | Curriculum Vitae of Defendant Dr. Hal Brown (DEFS001022-1023) |
| 27 | | | | | United States' Expert Report |
| 28 | | | | | Primary Care of the Treasure Coast's Patient Chart for Susan Liese (DEFS001080-1324) |
| 29 | | | | | Primary Care of the Treasure Coast's Patient Chart for James Liese (DEFS001325-1447) |
| 30 | | | | | COMPLAINT against Hal W. Brown, et al. [ECF 1] |
| 31 | | | | | ANSWER and Affirmative Defenses to Complaint [ECF 15] |
| 32 | | | | | AMENDED COMPLAINT against Hal W. Brown, et al. [ECF 17] |
| 33 | | | | | ANSWER and Affirmative Defenses to Amended Complaint [ECF 18] |
| 34 | | | | | United States' Initial Disclosures |
| 35 | | | | | United States' First Supplemental Initial Disclosures |
| 36 | | | | | United States' Second Supplemental Initial Disclosures |
| 37 | | | | | United States' Third Supplemental Initial Disclosures |
| 38 | | | | | United States' Fourth Supplemental Initial Disclosures |
| 39 | | | | | United States' Fifth Supplemental Initial Disclosures |
| 40 | | | | | Defendants' Initial Disclosures [ECF 20] |
| 41 | | | | | Defendants' Amended Initial Disclosures [ECF 30] |
| 42 | | | | | Defendants' Pretrial Disclosures [ECF 80] |
| 43 | | | | | Defendants' Supplement to Pretrial Disclosures [ECF 84] |
| 44 | | | | | United States' First Set of Interrogatories to Defendant Hal W. Brown |
| 45 | | | | | Defendant Hal W. Brown's Answers to United States' First Set of Interrogatories |
| 46 | | | | | United States' First Set of Interrogatories to Defendant Primary Care of the Treasure Coast, Inc. |
| 47 | | | | | Defendant PCTC's Answers to United States' First Set of Interrogatories |
| 48 | | | | | United States' First Set of Requests for Production of Documents to Defendant Hal W. Brown |
| 49 | | | | | Hal W. Brown's Responses to United States' First Set of Requests for Production of Documents |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Hal W. Brown, et al. | CASE NO. 2:13-cv-14310 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | | | | United States' First Set of Requests for Production of Documents to Defendant PCTC |
| 51 | | | | | PCTC's Responses to United States' First Set of Requests for Production of Documents |
| 52 | | 26 Aug | ✓ | ✓ | Susan Liese's 2010 audiology report (US000224) |
| 53 | | | | | Susan Liese's vocational rehabilitation records (US000225-228) |
| 54 | | | | | Indian River Medical Center's Patient and Visitor Handbook (IRMC000119-137) |
| 55 | | | | | Indian River Medical Center's Medical Staff Bylaws (IRMC000141-230) |
| 56 | | | | | Indian River Medical Center's Communication Barrier Policy (IRMC000138) |
| 57 | | | | | Indian River Medical Center's Policy on Informed Consent (IRMC000108-114) |
| 58 | | | | | IRMC's Rules and Regulations Regarding Informed Consent (IRMC000115-118) |
| 59 | | | | | Health Care Providers List provided by Indian River Medical Center (IRMC000307-308) |
| 60 | | | | | Fisher Settlement Agreement (US000261-267) |
| 61 | | 25 Aug | ✓ | ✓ | T-Mobile Certificate of Domestic Records |

Page 3 of 3 Pages